JL

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sandra Milena Arateco Munoz, | No.    CV-25-02951-PHX-MTL (ESW) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, et al., | |
| Respondents. | |

Petitioner Sandra Milena Arateco Munoz, an immigration detainee who is confined in the Eloy Detention Center, filed a pro se Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) and paid the filing fee.  The Court will require an answer to the Petition.

**I.    Petition**

Petitioner names United States Attorney General Pamela R. Bondi, Secretary of the Department of Homeland Security Kristi Noem, Field Office Director John E. Cantu, and Eloy Detention Center Warden Fred Figueroa as Respondents.  Petitioner challenges her continued detention without an individualized bond hearing.

Petitioner states she is a native and citizen of Colombia and is subject to a 2023 final order of removal.  In 2022, the United States reinstated prior removal orders against her but placed her in withholding-only removal proceedings after asylum officers determined she had a reasonable fear of persecution or torture in Colombia.

. . . .

TERMPSREF

Petitioner states that on December 24, 2024, she presented herself at the Nogales, Arizona, port of entry for a "CBP-one" appointment and was taken into the custody of Immigration and Customs Enforcement. Petitioner asserts that she applied for humanitarian parole in February and May 2025, but both petitions were denied "without a reason or explanation." Petitioner states that an Immigration Judge (IJ) denied her application for withholding of removal and deferral of removal on August 5, 2025, and that she filed a timely on appeal on August 20, 2025.[*]

Petitioner states that she requested a bond hearing before an IJ after 180 days in detention, but the IJ denied her requests. Petitioner further states that on January 6, 2025, her mother, who is a lawful permanent resident, filed an I-130 petition on Petitioner's behalf, which is currently pending.

Petitioner contends her continued detention violates her Fifth Amendment rights. Petitioner asserts that because she has "signaled that [s]he will continue to appeal [her] case should the BIA sustain the IJ's decision," the likelihood that her detention will be "extensive" is increased. Petitioner asks the Court to direct Respondents to immediately release her from custody on her own recognizance or under reasonable conditions of supervision, or, in the alternative, order that she receive an individualized hearing before an impartial adjudicator at which Respondents bear the burden of proving, by clear and convincing evidence, that her continued detention is justified.

The Court will require Respondents to answer the Petition.

## II.    Warnings

### A.    Address Changes

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion

---

[*] Petitioner filed her § 2241 Petition on August 15, 2025, so it is unclear whether or when Petitioner filed an appeal. A search of the Executive Office for Immigration Review's Automated Case Information returned no results for Petitioner's A-Number. *See* https://acis.eoir.justice.gov/en/ (search by A-Number for 216-984-538) (last accessed Aug. 22, 2025).

TERMPSREF

for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**B.    Copies**

Petitioner must serve Respondents, or counsel if an appearance has been entered, a copy of every document that he files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Petitioner must submit an additional copy of every filing for use by the Court. LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Petitioner.

**C.    Possible Dismissal**

If Petitioner fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)    The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1) and this Order upon the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure. The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondents pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(2)    Respondents  must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

. . . .

. . . .

. . . .

. . . .

TERMPSREF

1    (3)    Regarding courtesy copies of documents for chambers, Respondents are

2  directed to review Section II(D) of the Court's Electronic Case Filing Administrative

3  Policies and Procedures Manual, which requires that "a courtesy copy of the filing,

4  referencing the specific document number, shall be printed directly from CM/ECF."

5  CM/ECF Admin. Man. § II(D)(3) (emphasis added).  *See* http://www.azd.uscourts.gov/

6  sites/default/files/documents/adm%20manual.pdf.

7    (4)    Petitioner may file a reply within **30 days** from the date of service of the

8  answer.

9    (5)    This matter is referred to Magistrate Judge Eileen S. Willett pursuant to Rules

10  72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report

11  and recommendation.

12    Dated this 2nd day of September, 2025.

13

14

15    Michael T. Liburdi
16    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

**TERMPSREF**